IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
ADAM MUSKOVITZ, an individual;    )
WENDY MUSKOVITZ, an individual,   )   2:12-cv-01630-GEB-CKD
                                  )
          Plaintiffs,             )   ORDER DENYING DISMISSAL
                                  )   MOTION AS MOOT
     v.                           )
                                  )
HOMEAMERICANCREDIT, INC., a       )
Pennsylvania corporation; WELLS   )
FARGO BANK, N.A., a corporation;  )
NDEx WEST, LLC; and DOES 1        )
through 25, inclusive,            )
                                  )
          Defendants.             )
_____  )
```

Defendant Wells Fargo Bank, N.A. filed a motion to dismiss Plaintiffs' Complaint under Federal Rules of Civil Procedure 12(b)(6) and 9(b) on June 25, 2012. (ECF No. 4.) However, Plaintiffs timely filed a First Amended Complaint on July 16, 2012 (ECF No. 6), which is now the operative pleading. See Hal Roach Studios, Inc., v. Richard Feiner and Co., Inc., 896 F.2d 1542, 1546 (9th Cir. 1989) (stating "an amended pleading supersedes the original"); see also Fed. R. Civ. P. 15(a)(1)(B) (stating that "[a] party may amend its pleading once as a matter of course within . . . 21 days after service of a motion under Rule 12(b)").

1  Since the referenced dismissal motion does not address the
2  operative pleading, it is denied as moot.
3  Dated: July 23, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge